XAVIER BECERRA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General
NECULAI GRECEA
Deputy Attorney General
State Bar No. 307570
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 269-6443
 Fax: (213) 897-7604
 E-mail: Neculai.Grecea@doj.ca.gov
*Attorneys for Defendant
J. Abejar*

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD DION JACKSON,<br><br>  Plaintiff,<br><br>v.<br><br>J. ABEJAR, et al.,<br><br>  Defendants. | 5:17-cv-01611 VBF (GJS)<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Fed. R. Civ. P. 41(a)(1)(A)(ii))<br><br>Judge:  Hon. Valerie B. Fairbank<br>Action Filed: August 9, 2017 |

Plaintiff Clifford D. Jackson and Defendant J. Abejar have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this entire action with prejudice, in accordance with Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii). The filing of this stipulation automatically terminates this action.

///

///

///

1

Each party shall bear its own costs and attorney fees in connection with this action.

It is so stipulated.

Dated: March 22, 2019

_____
Plaintiff CLIFFORD D. JACKSON (AS7108)
*Plaintiff in Pro Se*

Dated: March 22, 2019

_____
NECULAI GRECEA
Deputy Attorney General
*Attorney for Defendant J. Abejar*

**IT IS SO ORDERED.**

Dated: March 26, 2019

_____
The Honorable VALERIE V. FAIRBANK
United States District Court Judge

LA2018500879
53285089.docx

2